

FILED

JAN 03 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                  )<br>        Plaintiff,                )<br>                                  )<br>    vs.                           )<br>                                  )<br> Carl Lee Conley,                 )<br>                                  )<br>        Defendant.                )<br>_____) | No. 1:07-CR-00117 OWW<br><br>ORDER OF RELEASE |

The above named defendant having been sentenced to Time Served on January 3, 2011,

IT IS HEREBY ORDERED that the defendant shall be released forthwith. A certified Judgment and Commitment order to follow.

DATED: January 3, 2011

_____
HONORABLE OLIVER W. WANGER
U.S. DISTRICT JUDGE

12/6/06 ordrelease.form

1